**October 30, 1985**

**(708 P2d 374)**

1000 Friends of Oregon v. Land Conservation and Development Commission (A35224).
 Reversed and remanded for reconsideration. *1000 Friends v. LCDC, (A32117),* 76 Or App 33, 708 P2d 370 (1985).

State v. Barton, James Marvin (A33884), *rev den* 300 Or 470 (1986)
 Reversed and remanded for trial. *State v. Barton,* 74 Or App 350, 701 P2d 1056 (1985).

**(709 P2d 1089)**

1000 Friends of Oregon v. Union County et al (A34824).
 Reversed and remanded for reconsideration. *1000 Friends v. LCDC, (A32117),* 76 Or App 33, 708 P2d 370 (1985).